IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ALLERGAN USA, INC., et al. | ) ) ) | |
| v. | ) | Civil Action No. |
| SUN PHARMACEUTICAL INDUSTRIES LIMITED, et al. | ) ) ) | |

**SUPPLEMENTAL INFORMATION FOR PATENT CASES
INVOLVING AN ABBREVIATED NEW DRUG APPLICATION (ANDA)**

Plaintiff(s) hereby provide(s) the information below with respect to the deadlines set forth in 21 U.S.C. 355(j):

Date Patentee(s) Received Notice: Not earlier than November 12, 2019 - **(Aurobindo)**

Date of Expiration of Patent: *See below

Thirty Month Stay Deadline: **March 17, 2023

\* 7,737,142 expires on 9/17/2029 and 7,943,621 expires on 12/16/2028

\*\*Calculated pursuant to New Chemical Entity status, which applies in this case

| | |
|---|---|
| 12/20/2019 | /s/ Jack B. Blumenfeld |
| Date | Attorney(s) for Plaintiff |