IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALLERGAN USA, INC., ALLERGAN SALES, LLC, ALLERGAN PHARMACEUTICALS INTERNATIONAL LIMITED and GEDEON RICHTER PLC, <br><br> Plaintiffs, <br><br> v. <br><br> SUN PHARMACEUTICAL INDUSTRIES LIMITED, AUROBINDO PHARMA LIMITED, AUROBINDO PHARMA USA, INC., ZYDUS PHARMACEUTICALS (USA), INC. and CADILA HEALTHCARE LIMITED, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) C.A. No. 19-2317 (RGA) ) ) ) ) ) ) ) ) |

## [PROPOSED] ORDER

At Wilmington this ____ day of _____, 2021, having considered the parties' letter briefing related to Plaintiffs' request to compel discovery from Defendants Zydus Pharmaceuticals (USA), Inc. and Cadila Healthcare Limited;

IT IS HEREBY ORDERED that:

1. Plaintiffs' request to compel discovery is GRANTED;

2. Zydus shall serve a full response to Plaintiffs' Interrogatory No. 4 within two weeks of the date of this order;

3. Zydus shall promptly notify Plaintiffs if Zydus comes into possession of its ████████████████████████████████ and produce samples thereof to Plaintiffs; and

4. Zydus shall make a good-faith effort to obtain ████████████ ████████████████████████. Zydus shall produce ████████ ████████████████████████. Zydus shall also produce

2

███████████████████████████████████████████████

██████████████████████████████████████ within two business days of receipt.

 

_____
UNITED STATES DISTRICT JUDGE