**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| ALLERGAN USA, INC., ALLERGAN SALES, LLC, ALLERGAN PHARMACEUTICALS INTERNATIONAL LIMITED and GEDEON RICHTER PLC, | ) ) ) ) | C.A. No.  19-2317-RGA |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | |
| SUN PHARMACEUTICAL INDUSTRIES LIMITED; AUROBINDO PHARMA LIMITED; AUROBINDO PHARMA USA, INC.; ZYDUS PHARMACEUTICALS (USA), INC., and CADILA HEALTHCARE LIMITED, | ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on April 8, 2022, true and correct copies of (1) Reply Expert Report of Mukund Chorghade, Ph.D., D.Sc. and (2) Rebuttal Expert Report of Dr. Michael Cima Regarding Alleged Copying of the '621 Patent were caused to be served on the following counsel of record by e-mail:

Jack B. Blumenfeld
Jeremy A. Tigan
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
Wilmington, DE 19801

Jeffrey B. Elikan
Erica N. Andersen
Melissa Keech
Christopher N. Sipes
Eric R. Sonnenschein
Alexander Trzeciak
W. Kiersten Choi
Charlotte S. Butash
Covington & Burling LLP
One CityCenter
850 Tenth Street NW
Washington, DC 20001-4956

OF COUNSEL:

Brian J. Sodikoff
Matthew M. Holub
Katten Muchin Rosenman LLP
525 West Monroe Street
Chicago, IL 60661
(312) 902-5200

Christopher B. Ferenc
Katten Muchin Rosenman LLP
2900 K Street, NW, Suite 200
Washington, DC 20007
(202) 625-3500


Dated: April 8, 2022

/s/ Kelly E. Farnan
Kelly E. Farnan (#4395)
Valerie A. Caras (#6608)
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
farnan@rlf.com
caras@rlf.com
(302) 651-7705

*Attorneys for Defendant*
*Sun Pharmaceutical Industries Limited*